UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04 CR 10317 RCL |
| ) | VIOLATION: 18 U.S.C. §2252(a)(2) |
| v. ) | Receipt of Child Pornography |
| ) | |
| ANDREW LEWIS ) | |

INDICTMENT

COUNT ONE: 18 U.S.C. §2252(a)(2) - Receipt of Child Pornography

The Grand Jury charges that:

Between on or about December 1, 2003 and December 13, 2003, at Salem, in the District of Massachusetts, and elsewhere,

ANDREW LEWIS

defendant herein, did knowingly receive visual depictions that had been mailed, shipped and transported in interstate or foreign commerce, by any means including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depictions being of such conduct, to wit: Andrew Lewis knowingly received computer files with the following names, all containing visual depictions: dad gets a handjob from his daughter and her friend. preteen kiddy kiddie incest rape.mpg.mpg; Underage Dee & Desi 2 little girl kiddy child ddoggprn lolita incest ks reelkiddymov kiddie kindergarden preteen.mpg; porn-underage dee & desi 5 little girl

1

kiddy child ddoggprn lolita incest ks reelkiddymov kiddie kindergarden preteen.mpg; Underage Dee & Desi 6 little girl kiddy child ddoggprn lolita incest ks reelkiddymov kiddie kindergarden preteen.mpg; Dee and Desi zadoom pedo cumshot9(1).mpg; Cutie Gives and Receives - Dee & Desi - preteen sex.mpg; Dee & Desi 13.mpg; Dee & Desi 4 - Kiss and Fingering.mpeg; 2 cute little boys having fun - sex child porn pre-teen preteen childporn xxx young (1) gay xxx hardcore video.mpg; pedo R@ygold - 10yo fuck & cum in pussy(1).mpg; r@ygold russian 2 preteen boys sucking 1 teen boy(2).mpg; R@ygold Style - Vicky Sucking With Cum Shot in Mouth(1).mpg; 10years_fucks_with_her_11years_brother-reelkiddymov lolita preteen young incest kiddie porno sex ddoggprn.mpg.mpg; 12 year old having hard sex reelkiddymov ddoggporn child kid porn fuck kiddie.mpeg; R@ygold - pair2blowjob - Pedo Girl Suck Boy.mpg; R@ygold- 12yo girl lets 11yo boy cum.mpg.

All in violation of Title 18, United States Code, Section 2252(a)(2).

**SUPPLEMENTAL FINDINGS**

**COUNT ONE**

The Grand Jury further finds with respect to Count One that:

1. The material involved a prepubescent minor and a minor under the age of twelve years.

2. A computer was used for the receipt of the material.

3. The offense involved at least ten images, but fewer than 150.

**FORFEITURE ALLEGATION**

18 U.S.C. § 2253(a) - Criminal Forfeiture

1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction on Count One hereof, the defendant ANDREW LEWIS shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result fo the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by law enforcement officials from his residence on February 12, 2004, including:

    1. One White eMac desktop, serial number YM24580FN9K

    2. One Seagate ST340810A hard drive, serial number 5FBBF5CY

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; October __13__, 2004


Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

11:25 AM

Record of Grand Jurors Concurring

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04 CR 10317 RCL |
| ) | Criminal No. |
| v. ) | |
| ) | |
| ANDREW LEWIS ) | |

   I, the duly appointed foreperson of the grand jury of this court, begun and held at Boston, Massachusetts on October 13, 2004, hereby file with the clerk of the court as required by Rule 6(c) of the Federal Rules of Criminal Procedure, a record of the number of grand jurors concurring in the finding of indictment in the above case, which record shall not be made public except upon order of the court:

_____22_____ grand jurors concurring

_____
Foreperson

10-13-04
_____
Date

**04 CR 10317 RCL**

JS 45 (5/97) - (Revised USAO MA 1/7/04)

**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** Salem          **Category No.** II          **Investigating Agency** DOI AND NPS

**City** Salem                       **Related Case Information:**

**County** Middlesex                 Superseding Ind./ Inf. _____   Case No. _____
                                     Same Defendant _____           New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number    04-M-1025-JGD
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Andrew Lewis                              Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   190 Bridge Street, Apt 3401, Salem, MA

Birth date (Year only): 1962   SSN (last 4 #): 0476   Sex m   Race: _____   Nationality: U.S.

Defense Counsel if known: _____                         Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Dena T. Sacco                                      Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 13, 2004          Signature of AUSA: /s/ Dena Sacco

04 CR 10317 RCL

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Andrew Lewis

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**