UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )   Criminal No. 04-10317<br>)<br>ANDREW LEWIS                           ) | |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be unsealed, on the grounds that the defendant in the above-captioned case has been taken into custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Dena Sacco*
Dena T. Sacco
Assistant U.S. Attorney

Date: October 14, 2004

So Ordered:

*Judith Gail Dein*
Judith Gail Dein
United States Magistrate Judge

Dated: October 14, 2004