AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Andrew Lewis

**WARRANT FOR ARREST**

CASE NUMBER: 04CR10317-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Andrew Lewis**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
knowing receipt of child pornography

in violation of Title __18__ United States Code, Section(s) 2252(a)(2)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

OCT 13 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 OCT 13 P 1:21

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
WARRANT EXECUTED BY DOT
-Y ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 10/14/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.