UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10317-RCL

UNITED STATES OF AMERICA

v.

ANDREW LEWIS

### FURTHER ORDER ON EXCLUDABLE TIME

February 14, 2005

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for February 15, 2005. The parties have jointly requested a continuance in order to obtain resolution of the government's appeal of the Magistrate Judge's discovery order. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 15, 2005 - March 28, 2005

that being the time between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for March 28, 2005 at 10:15 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

        / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge