UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10317-RCL

UNITED STATES OF AMERICA

v.

ANDREW LEWIS

**FURTHER ORDER ON EXCLUDABLE TIME**

March 30, 2005

DEIN, M.J.

An Interim Status Conference, originally scheduled for March 28, 2005, was held before this Court on March 30, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 28, 2005 through April 26, 2005

that being the period between the originally scheduled Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated October 18, 2004, November 29, 2004, January 11, 2005, February 14, 2005 and this order, at the time of the Interim Status Conference on April 26, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
Judith Gail Dein

United States Magistrate Judge