UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
FINAL STATUS CONFERENCE

Defendant, Andrew Lewis, respectfully moves that this Court continue the Status Conference, presently scheduled for April 26, 2005, to a date convenient to the Court during the week of May 23, 2005. As support of this motion, defendant through counsel states that substantial discovery, including a copy of the computer drive at issue in the case, has been provided by the government. Defendant has obtained the services of an expert to examine the computer drive. By terms of the court Order governing dissemination of the material on the drive, however, the expert must examine the hard drive in counsel's office under the supervision of counsel. Counsel needs additional time to arrange for the logistics of this examination, as well as to determine whether additionally discovery is required or owed to the government. Additionally, counsel requires additional time to determine whether substantive motions should be filed.

The government assents to this motion. The parties agree that the Court's prior orders have excluded time up to and including April 26, 2005. The parties further agree that the

Court should exclude time up to and including the rescheduled Status Conference in the interests of justice to allow the defendant an opportunity to review the discovery.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | ANDREW LEWIS<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Dena Sacco<br>Assistant United States Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3100 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |