UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10317-RCL

UNITED STATES OF AMERICA

v.

ANDREW LEWIS

### FURTHER ORDER ON EXCLUDABLE TIME

April 26, 2005

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for April 26, 2005. The defendant, with the assent of the government, has requested a continuance in order to complete discovery. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 26, 2005 through May 23, 2005

that being the time between the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for May 23, 2005 at 11:00 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

            / s / Judith Gail Dein
            JUDITH GAIL DEIN
            United States Magistrate Judge