UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10317-RCL

UNITED STATES OF AMERICA

v.

ANDREW LEWIS

### FURTHER ORDER ON EXCLUDABLE TIME

May 23, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 23, 2005 through June 13, 2005,

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated October 18, 2004, November 29, 2004, January 11, 2005, February 14, 2005, March 30, 2005, April 26, 2005 and this order, at the time of the Final Status Conference on June 13, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge