UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
STATUS CONFERENCE

Defendant, Andrew Lewis, respectfully moves that this Court continue the Status Conference, presently scheduled for June 12, 2005, to a date convenient to the Court during the week of June 26, 2005.  As support of this motion, defendant through counsel states that the discovery process in this case is not yet complete as counsel has encountered difficulties in obtaining the services of an expert to examine the computer drive.  By terms of the court Order governing dissemination of the material on the drive, an expert must examine the hard drive in counsel's office under the supervision of counsel.  The expert originally obtained has now informed counsel that he will be unable to devote the necessary time to travel to counsel's office to examine the drive.  Counsel has procured the names of other experts but needs some additional time to arrange for the logistics of this examination, as well as to determine whether additionally discovery is required or owed to the government.

The government assents to this motion.  The parties agree that the Court's prior orders have excluded time up to and

including June 26, 2005.  The parties further agree that the Court should exclude time up to and including the rescheduled Status Conference in the interests of justice to allow the defendant an opportunity to review the discovery.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN | ANDREW LEWIS |
| UNITED STATES ATTORNEY | By His Attorney, |

/s/ Timothy Watkins o/b/o
Dena Sacco
Assistant United States
Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
Tel: 617-748-3100

/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061