UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10317-RCL

UNITED STATES OF AMERICA

v.

ANDREW LEWIS

### FURTHER ORDER ON EXCLUDABLE TIME

June 10, 2005

DEIN, M.J.

A Final Status Conference was scheduled before this Court for June 13, 2005. The defendant, with the assent of the government, has requested a continuance in order to complete discovery. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 13, 2005 through June 29, 2005

that being the time between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for June 29, 2005 at 10:30 a.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

          / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge