```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA         :
                                 :      CRIMINAL No. 04-10317-RCL
        v.                       :
                                 :
ANDREW LEWIS,                    :
           Defendant             :


. . . . . . . . . . . . . . .
```

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         BY:  /s/ Donald L. Cabell
                              Donald L. Cabell
                              Assistant U.S. Attorney
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3105
```