UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )  Criminal No. 04-10317-RCL
            v.                  )
ANDREW LEWIS                     )

<u>WITHDRAWAL OF APPEARANCE</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the withdrawal of the undersigned counsel for the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  <u>/s/ Dena T. Sacco</u>
DENA T. SACCO
Assistant U.S. Attorney