UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10317-RCL

UNITED STATES OF AMERICA

v.

ANDREW LEWIS

**FINAL STATUS REPORT**

June 29, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, June 29, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant intends to file a motion to suppress. The motion shall be filed by **August 1, 2005**.

5. Based upon the prior orders of the court dated October 18, 2004, November 29, 2004, January 11, 2005, February 14, 2005, March 30, 2005, April 26, 2005, May 23, 2005, June 10, 2005, and the order entered on this date, as of August 1, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days will remain under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period through August 1, 2005 to enable the defendant time to prepare his motion. The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6.  It is estimated that if the case goes to trial, the trial will last approximately two weeks.

7.  The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                     / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge