UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10317-RCL

UNITED STATES OF AMERICA

v.

ANDREW LEWIS

## FURTHER ORDER ON EXCLUDABLE TIME

June 29, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 29, 2005 through August 1, 2005

that being the period between the Final Status Conference and the date by which the defendant must file his motion to suppress.

Based upon the prior orders of the court dated October 18, 2004, November 29, 2004, January 11, 2005, February 14, 2005, March 30, 2005, April 26, 2005, May 23, 2005, June 10, 2005, and this order, as of August 1, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN

                                              United States Magistrate Judge