UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CRIMINAL NO. 04-10317-RCL |
| ) | |
| ANDREW LEWIS     ) | |

MOTION FOR ORDER SETTING
CONDITIONS OF PRETRIAL RELEASE

Defendant, Andrew Lewis, pursuant to the Court's instructions at the Pretrial Conference held on August 23, 2005, hereby submits the attached proposed order setting forth the amended conditions of pretrial release.[1]

ANDREW LEWIS
By his attorney,

/s/ Timothy G. Watkins
Timothy Watkins
B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

---

[1] At the August 23, 2005 hearing, counsel for defendant erroneously reported that the Magistrate Judge had imposed a condition requiring an unsecured bond. A review of Judge Dein's October 18, 2004 Order, however, reveals that she did not impose the requirement of such a bond as a condition of release.