UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

<u>ORDER</u>

LINDSAY, J.                                              AUGUST __, 2005

The Court, after hearing and with the consent of the Pretrial Services Office and no opposition by the government, hereby ORDERS the defendant's conditions of release be modified. It is ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear as ordered by the Court.

(4) The defendant's promise to appear at all proceedings as required and to surrender for service of any sentence imposed shall remain in effect.

(5) The defendant shall report to Pretrial Services once a week in person and an additional once a week by telephone as directed by Pretrial Services.

(6) The defendant shall maintain his current residence and his travel shall be restricted to the District of Massachusetts.

(7) The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

(8) The defendant shall refrain from excessive use of alcohol.

(9) The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(10) The defendant shall not violate any local, state or federal law, and will notify Pretrial Services within 24 hours of any new arrest.

(11) The defendant shall not have access to his wife's laptop computer, shall not obtain internet services to his home, and allow Pretrial Services access to all home computers.

(12) The defendant shall have no unsupervised contact with minors under the age of 18.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS