# EXHIBIT B

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The software and memory of one Macintosh Computer eMac A1002 bearing serial number 3DBJXDW20RH

## SEARCH WARRANT

CASE NUMBER: 04M-1025-JGD

TO: _Special Agent Khela Vazquez_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Khela Vazquez_ who has reason to
                                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

The software and memory of one Macintosh Computer eMac A1002 bearing serial number 3DBJXDW20RH

in the _____ District of _Massachusetts_ there is now concealed a certain person or property, namely (describe the person or property)

images of children engaging in sexually explicit conduct, as defined in 18 U.S.C. section 2256, and files and data related to the knowing receipt and/or possession, in interstate commerce, of such images

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _03-21-2004_
                                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _The Honorable Judith Gail Dein_
as required by law.                                               U.S. Judge or Magistrate Judge

3/11/04     12:35 pm
Date and Time Issued

Boston, Massachusetts
City and State

279

Judith Gail Dein
United States Magistrate Judge
Name and Title of Judicial Officer

_[signature]_
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.