UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF
MOTION TO SUPPRESS IN EXCESS OF TWENTY PAGES

Defendant Andrew Lewis moves, pursuant to Local Rule

7.1(b)(4), for leave to file a his Memorandum in Support of

Motion to Suppress in excess of twenty pages.  As reasons

therefore, defendant states that the memorandum must address

several discrete issues concerning events that spanned an 18

month investigation.  The issues in the Memorandum require

substantial exploration of factual circumstances as well as legal

arguments.  For these reasons, defendant requests that she be

allowed to exceed the ordinary twenty page limit for memoranda.


ANDREW LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy Watkins
B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061