UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-10317-RCL |
| v. | ) |
| ANDREW LEWIS | ) |

GOVERNMENT'S ASSENTED TO MOTION FOR LEAVE
TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION SUPPRESS STATEMENTS
AND PHYSICAL EVIDENCE

The United States of America, by and through undersigned counsel, hereby moves with the defendant's assent for leave to file its opposition to the defendant's motion to suppress evidence. In support of the motion, the undersigned states that he recently took the case over from an AUSA who has since left the office, and the several issues raised by the defendant required the government to interview a number of individuals and investigate several factual assertions. In the event the Court allows the government's motion, a copy of the government's opposition is attached.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:

                    /s/Donald L. Cabell
                    DONALD L. CABELL
                    Assistant U.S. Attorney