# EXHIBIT 1



# EXHIBIT  2

