# EXHIBIT 1

Case 1:04-cr-10317-RCL    Document 50-2    Filed 10/25/2005    Page 1 of 4



# EXHIBIT 2

