UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
<u>EVIDENTIARY HEARING</u>

    Defendant, Andrew Lewis, hereby moves that this Court continue the Evidentiary Suppression Hearing, presently scheduled for November 2, 2005, to a date convenient to the Court but no sooner than November 9, 2005.  As reason therefore, counsel states that he is scheduled to begin trial in <u>United States v. Girard LaFortune</u>, No. 03-10366-PBS, before Judge Saris on October 31, 2005.  (That trial was originally scheduled to begin on October 17, 2005 but was moved to avoid scheduling conflicts of the court and other counsel.)  The <u>LaFortune</u> matter is anticipated to last five to seven trial days, taking it through the presently scheduled hearing date and time.

    The government assents to this motion.  The parties agree that the Speedy Trial Act is presently tolled because defendant's Motion to Suppress is filed and pending.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | ANDREW LEWIS<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Donald L. Cabell<br>Assistant United States Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3100 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |