```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
     v.                       )    Criminal No.  04-10317-RCL
                              )
ANDREW LEWIS,                 )
                              )
          Defendant.          )
_____)
```

**NOTICE OF APPEARANCE**

Now here comes the undersigned Assistant United States Attorney and hereby notices her appearance in the above-captioned matter.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ B. Stephanie Siegmann
> B. STEPHANIE SIEGMANN
> Assistant U.S. Attorney
> United States Attorney's Office
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3191

Dated: April 5, 2006

CERTIFICATE OF SERVICE

I hereby certify that I have provided a copy of this notice to counsel for Defendant, Timothy Watkins, Esq., via electronic notice this 5th day of April 2006.

> /s/ B. Stephanie Siegmann
> B. STEPHANIE SIEGMANN