UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 ) Criminal No. 04-10317-RCL
            v.                   )
ANDREW LEWIS                     )

**JOINT MOTION TO EXTEND TIME TO FILE SUBMISSIONS LISTED IN PARAGRAPH 5 OF COURT'S PRETRIAL ORDER**

The United States of America and Defendant Andrew Lewis hereby jointly move for a two day extension, from April 10 to April 12, 2006, to file the submissions listed in Paragraph Five of the Court's Pretrial Order.  In support of the motion, the parties have been discussing various trial related issues in an effort to limit the number of issues the Court would otherwise need to resolve, and the requested extension will allow the parties to continue and complete those discussions.

| | |
|---|---|
| ANDREW LEWIS | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/Timothy Watkins | /s/Donald L. Cabell |
| TIMOTHY WATKINS, ESQ. | DONALD L. CABELL |
| Federal Defender Office | STEPHANIE SIEGMANN |
| 408 Atlantic Avenue, 3rd floor | Assistant U.S. Attorneys |
| Boston, MA 02210 | 1 Courthouse Way |
| (617) 223-8061 | Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3100 |