UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                ) Criminal No. 04-10317-RCL
            v.                  )
ANDREW LEWIS                    )

GOVERNMENT'S REQUESTED QUESTIONS FOR VOIR DIRE

The United States of America, by its undersigned attorneys, respectfully submits the questions below for inclusion by the court during the voir dire of the jury panel in the above-referenced matter.

1.  The defendant, Andrew Lewis, resides in Massachusetts and was formerly employed by the National Park Service.  Does any member of the panel know the defendant, Andrew Lewis, or any member of any of the defendant's family?

2.  Does any member of the panel know the following potential witnesses?

3.  Do you know, have you been represented by, or have friends or relatives who know or have been represented by, either of the government attorneys?

4.  Do you know, have you been represented by, or have friends or relatives who know or have been represented by, either of the defense attorneys or any member of the defense attorney's staff?

5.  Has any member of the panel, or relative or close friend,

ever been employed by any federal, state, local or private law enforcement agency?

6.  Does any member of the panel, or a relative or close friend, belong to any organization which is connected or related in any way to law enforcement, police departments or police officers?

7.  Has any member of the panel, or any member of your immediate family, been employed by the United States government or its armed services?

8.  Have you ever been a party to a lawsuit which has resulted in a trial?  If so, in what capacity, and do you believe that you and/or the party with whom you were associated with in the litigation were treated fairly or unfairly by the legal system?

9.  Have you or any of your relatives or close friends ever had any unfavorable dealings or involvement, for example, disputes, lawsuits, audits, etc., with any agency of the United States Government, or the United States Attorney's Office?

10. Do any of you have any personal feelings against the federal government for whatever reason?

11. Have you, or has any member of your family, or any close friend, ever been the victim of a crime or participated in a criminal case as a complainant, witness for the government, or in some other capacity?  If yes, please explain.

12. Have you, or has any member of your family, or any close friend, been arrested or the subject of a criminal investigation,

or participated in a criminal case as a defendant, witness for the defense, or in some other capacity?  If yes, please explain.

13. Do you have any physical or mental difficulties which might prevent you from seeing or reading exhibits introduced in evidence, from hearing the testimony that will come from the witness chair or otherwise interfere with your duties as a fair and impartial juror?

14. Do you have any convictions, whether moral, political, religious, philosophical or otherwise, that would prevent you from being a fair and impartial juror in this case or that would make it difficult for you to sit in judgment of your fellow man?  For example, do you believe that no one should ever be convicted?  Do you believe that a person is guilty just because he is here in court?

15. Does any member of the panel feel that the criminal justice system treats those accused of a crime too harshly or too leniently?

16. To admit to having some sympathy for either the defendant or the United States in this case is nothing to be ashamed of and does not reflect badly upon you as a person.  However, both the United States and the defendant are entitled to have this case heard by a fair and impartial jury that will decide the case solely according to the evidence admitted in this Court, according to the Court's instructions on the law, and without regard to any bias,

sympathy, prejudice or public opinion for either party.  With this in mind, do any of you know any reason why you would be unable to give either the United States or the defendant a fair trial based solely on the evidence admitted at trial and the instructions given by the Court without regard to sympathy, bias or prejudice?

17.  The defendant in this case is charged with a federal offense which makes it unlawful to knowingly receive a visual depiction that has been mailed or sent or transported in interstate or foreign commerce, including by computer, of a minor engaging in sexually explicit conduct.  Is there anything about the nature of the charge outlined here that would make it particularly difficult for you to be objective in evaluating the facts of this case or prevent you from rendering a fair and impartial verdict?

18. During the course of this trial, evidence may be shown in the form of photographs or videos of alleged minors involved in sexually explicit activity.  Is there any reason why any member of the panel cannot objectively review this type of evidence?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
B. STEPHANIE SIEGMANN
Assistant U.S. Attorneys
(617)748-3100

4