UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

DEFENDANT'S VOIR DIRE QUESTIONS

Defendant, Andrew Lewis, hereby submits the following questions to be asked of potential jurors in the above-entitled matter:

1. Andrew Lewis is charged with receiving and possessing child pornography. Do you have any reaction to or opinion about these allegations that causes you to doubt your ability to be unfair or impartial in this case?

2. Have you or has anyone in your family ever been a victim or been accused of sexual abuse?

3. Have you or any family members or close friends ever worked for or volunteered with any organization or agency investigating allegations of child abuse or working with victims of child abuse, including the Department of Social Services, victims' rights organizations, shelters for abused children, crisis centers, or the like?

ANDREW LEWIS
By His Attorney,


/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
408 Atlantic Ave. 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 12, 2006.