```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )
                              )    CR. NO. 04-10317-RCL
ANDREW LEWIS                  )
```

## GOVERNMENT'S LIST OF PROPOSED EXHIBITS

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell and B. Stephanie Siegmann, hereby submits the following list of proposed exhibits which it may use during its case-in-chief at trial. The government respectfully reserves the right to amend or supplement this list of its proposed exhibits.

1. Various images found by Randall Becker on the Gateway computer in February, 2003;

2. June 27, 2003 statement of defendant to SA's Van Neil and Vasquez;

3. Various images found on Emac computer by MSP Trooper Thomas Neff on February 12, 2004;

4. Consent to search signed by defendant on February 12, 2004;

5. Resume of Scott Grace;

6. April, 2004 preliminary report of Scott Grace;

7. September, 2004 report of Scott Grace;

8. CD containing video files charged in Indictment;

9. CD containing various screen shots from Emac computer

10. Defendant's signed statement on February 16, 2004;

11. Various business records from Yahoo;

12. Various business records from Comcast; and

13. Resume of Dr. Celeste Wilson

                Respectfully submitted,
                MICHAEL J. SULLIVAN
                United States Attorney

BY: /s/Donald L. Cabell
    DONALD L. CABELL
    B. STEPHANIE SIEGMANN
    Assistant U.S. Attorneys
    One Courthouse Way, Suite 9200
    Boston, MA 02210