```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )
                              )
ANDREW LEWIS                  )    CR. NO. 04-10317-RCL
```

**GOVERNMENT'S LIST OF WITNESSES**

The following is a list of names of individuals the government may call as witnesses in its case-in-chief. The government reserves the right to supplement this list as appropriate:

(1) Randall Becker, National Park Service;
(2) Special Agent Glenn Van Neil, National Parl Service;
(3) Thomas Neff, Massachusetts State Police;
(4) Scott Grace, Dept. Of Interior, Denver, CO;
(5) Special Agent Khela Vasquez, Dept. Of Interior;
(6) Dr. Celeste Wilson, Boston, MA;
(7) Keeper of Records, Comcast Inc.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                    BY:  /s/Donald L. Cabell
                         DONALD L. CABELL
                         B. STEPHANIE SIEGMANN
                         Assistant U.S. Attorneys
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
```