UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

DEFENDANT'S MOTION IN LIMINE RE:
EXPERT WITNESS CELESTE WILSON

Defendant, Andrew Lewis, moves that the government be precluded from eliciting testimony from its expert witness, Celeste Wilson, M.D., that the images depict "real" - as opposed to computer-generated or computer-altered - children.  The government intends to call Dr. Wilson, a pediatrician by training, to testify to her opinion that the individuals depicted in the video clips are under the age of eighteen.  Defendant will recognize that Dr. Wilson is an expert in this field and does not intend to challenge her general competence concerning this portion of her testimony.

Dr. Wilson, however, has no training in digital technology or computer graphics and in fact will disavow any expertise in these fields.  For her to opine that the images are of real children as opposed to digitally manufactured or altered is, therefore, beyond her expertise.  See United States v. Hilton, 386 F.3d 13, 18-19 (1st Cir. 2004)(rejecting government's argument that pediatrician testimony as to age also sufficed to

prove images depicted real children).  Consequently, she should not be permitted to so testify.

### REQUEST FOR VOIR DIRE

Defendant requests a voir dire of Dr. Wilson to determine the scope of the testimony the government intends to elicit from her.

<pre>
                          ANDREW LEWIS
                          By His Attorney,


                          /s/ Timothy G. Watkins
                          Timothy Watkins
                          B.B.O. #567992
                          Federal Defender Office
                          408 Atlantic Ave., 3rd Floor
                          Boston, MA  02110
                          Tel: 617-223-8061
</pre>

### CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 18, 2006.

<pre>
                          /s/ Timothy G. Watkins
                          Timothy G. Watkins
</pre>