UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW LEWIS | ) | CR. NO. 04-10317-RCL |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO AMEND INDICTMENT**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorneys Donald L. Cabell and B. Stephanie Siegmann, hereby moves to amend the Indictment.  The Indictment charges the defendant with knowing receipt of unlawful visual depictions contained in sixteen (16) computer files.  Through the motion, the government seeks to remove four (4) of those computer files from the Indictment.  The government has spoken with counsel for the defendant and he assents to the government's motion.  A copy of the proposed Amended Indictment will be submitted in hand to the Court on April 26, 2006.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

BY:  /s/Donald L. Cabell
     Donald L. Cabell
     Stephanie B. Siegmann
     Assistant U.S. Attorneys
     One Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3100