UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10317-RCL |
| ) | |
| ANDREW LEWIS, ) | |
| Defendant. ) | |

Verdict Form

As to the charge that the defendant, Andrew Lewis, knowingly received child pornography that had been transmitted in interstate commerce, we, the jury, find the defendant

NOT GUILTY _____    GUILTY __✓__

I certify that the foregoing is the answer of all the jurors and that the jurors all agreed to the answer.

_____
Foreperson of the Jury

Dated: May 1, 2006