UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                     ) | CRIMINAL NO. 04-10317-RCL |
| ) | |
| ANDREW LEWIS                  ) | |

MOTION FOR ORDER SETTING ASSENTED-TO
CONDITIONS OF PRETRIAL RELEASE

Defendant, Andrew Lewis, pursuant to the Court's instructions at the hearing concerning defendant's Motion for Release Pending Sentencing held on May 4, 2006, hereby submits the attached proposed order setting forth the conditions of release pending sentencing.

ANDREW LEWIS
By his attorney,


/s/ Timothy G. Watkins
Timothy Watkins
B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02110
Tel: 617-223-8061