```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

<u>ORDER</u>

LINDSAY, J.                                              MAY __, 2006

    The Court, after hearing and with the consent of the Pretrial Services Office and no opposition by the government as to the specific conditions of release, hereby ORDERS the defendant's release subject to the following conditions:

(1) The defendant shall report to Pretrial Services as directed.

(2) The defendant shall maintain current employment or commence seeking employment.

(3) The defendant shall maintain his current residence at 190 Bridge St., Salem, MA 01970 and his travel shall be restricted to the District of Massachusetts.

(4) The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

(5)  The defendant shall refrain from excessive use of alcohol.

(6)  The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(7)  The defendant shall not violate any local, state or federal law, and will notify Pretrial Services within 24 hours of any new arrest.

(8)  The defendant shall not have access to his wife's laptop computer, shall not obtain internet services to his home, and allow Pretrial Services access to all home computers.

(9)  The defendant shall have no unsupervised contact with minors under the age of 18.

(10) The defendant will maintain his psychiatric treatment.

(11) The defendant shall be subject to a curfew from 1930 to 0600 each day, such curfew to be monitored by telephone or similar verifying procedure.

(12) The defendant take all necessary steps to register with the Massachusetts Sex Offender Registry Board.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS