UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW LEWIS | ) | CR. NO. 04-10317-RCL |
| | ) | |

**<u>GOVERNMENT'S MOTION TO CONTINUE SENTENCING</u>**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves to continue the sentencing in this matter, presently scheduled for September 25, 2006, for a period of at least 30 days.  In support of the motion, the Probation Office requested additional information from the government in order to complete the Presentence Report (PSR). Although the government had hoped to provide this information before now, the government has had to inquire of other individuals or agencies to collect some of the requested information and, unfortunately, has not yet been able to provide the requested information to the Probation Office.  The requested continuance would allow the government time to collect the requested information and provide it to the Probation Office with sufficient time for that office to incorporate the information into the PSR.  The undersigned AUSA contacted counsel for the defendant to see if he would assent to the motion but was unable to reach him.  As the defendant has been on release, however, the government presumes that the defendant would not object to the

motion to continue.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

BY:   /s/Donald L. Cabell
       Donald L. Cabell
       Assistant U.S. Attorney
       One Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100