UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10317-RCL |
| ) | |
| ANDREW LEWIS  ) | |

ASSENTED-TO MOTION TO
MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Andrew Lewis, moves this Court to modify his conditions of pretrial release to allow him to move to a smaller apartment on the same floor in at the same address as where he currently resides. Defendant is on release pending sentencing after conviction by trial. He currently lives - and has lived throughout the pendency of this matter - with his wife in Apartment #3401 at 190 Bridge St., Salem, MA 01970. Defendant requests that he be allowed to move to Apartment #3411.

The couple live in a two-bedroom apartment in a large condominium complex. Defendant is scheduled to be sentenced on November 30, 2006. The sentence will include incarceration. In anticipation of the sentencing, the couple has arranged to move to smaller, less expensive quarters at the same complex. To this end, the couple has agreed to lease Apartment # 3411, one-bedroom apartment on the same floor.

Pretrial Services reports that the defendant has been compliant with all conditions of release throughout his release. The government does not oppose this motion. Pretrial Services

Officer David Picozzi is aware that defendant intended to file this motion and is prepared to respond to inquiries by the Court.

                          ANDREW LEWIS
                          By his attorney,

                          /s/ Timothy G. Watkins
                          Timothy Watkins
                          B.B.O. #567992
                          Federal Defender Office
                          408 Atlantic Ave., 3rd Floor
                          Boston, MA  02110
                          Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to United States Pretrial Services Officer David Picozzi, on November 9, 2006.

                          /s/ Timothy G. Watkins
                          Timothy G. Watkins