```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
ANDREW LEWIS                )    CR. NO. 04-10317-RCL
                            )

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves to continue the sentencing in this matter for a period of at least 30 days to allow the government time to submit additional information requested by the Probation Office. The defendant through counsel assents to the government's motion.

```
                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    United States Attorney

              BY:   /s/Donald L. Cabell
                    Donald L. Cabell
                    Assistant U.S. Attorney
                    One Courthouse Way, Suite 9200
                    Boston, MA 02210
                    (617) 748-3100
```