UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW LEWIS | ) | CR. NO. 04-10317-RCL |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves to continue the sentencing in this matter from December 28, 2006, to another date. In support of the motion, the undersigned AUSA presently plans to be away from the office from December 26 to January 8, 2007. The undersigned has spoken to the defendant through counsel and he assents to the government's motion.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

BY:  /s/Donald L. Cabell
Donald L. Cabell
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100