UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10317-RCL |
| ) | |
| ANDREW LEWIS ) | |

AFFIDAVIT OF RULE 7.1 COMPLIANCE

I, Timothy G. Watkins, do hereby depose and state the following:

1. I represent defendant Andrew Lewis in the above-entitled matter.

2. On February 28, 2007, defendant filed a Motion for Extension of Time in Which to File Notice of Appeal.

3. I have since conferred with the government, by and through Assistant U.S. Attorney Donald L. Cabell. AUSA Cabell has indicated that the government will not oppose defendant's Motion.

Signed under pains and penalties of perjury this 2nd day of March 2007.

/s/ Timothy G. Watkins
Timothy G. Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 2, 2007.

                                        /s/ Timothy G. Watkins
                                        Timothy G. Watkins