UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10317-RCL |
| | ) | |
| ANDREW LEWIS | ) | |

NOTICE OF APPEAL

Defendant, Andrew Lewis, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgement announced in open court on January 29, 2007 and entered on February 7, 2007.[1]

                                              ANDREW LEWIS
                                              By His Attorney,

                                              /s/ Timothy Watkins
                                              Timothy Watkins
                                              B.B.O. #567992
                                              Federal Defender Office
                                              408 Atlantic Ave., 3rd Floor
                                              Boston, MA  02210
                                              Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 7, 2007.

                                              /s/ Timothy G. Watkins
                                              Timothy G. Watkins

---

[1] Defendant's Motion for Extension of Time to File Notice of Appeal pursuant to Fed. R. App. P. 4(b)(4) was allowed on March 7, 2007.  In its Order allowing defendant's Motion, the Court extended the time period in which the Notice was to be filed until March 19, 2007.