APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10317-RCL-ALL

| | |
|---|---|
| Case title: USA v. Lewis | Date Filed: 10/13/2004 |

Assigned to: Judge Reginald C. Lindsay

**Defendant**

| | |
|---|---|
| **Andrew Lewis** (1)<br>*TERMINATED: 02/06/2007* | represented by **Timothy G. Watkins**<br>Federal Defender's Office<br>District of Massachusetts<br>408 Atlantic Ave.<br>Third Floor<br>Suite 328<br>Boston, MA 02210<br>617-223-8061<br>Fax: 617-223-8080<br>Email: timothy_watkins@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252(a)(2) Receipt of Child Pornography<br>(1) | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 60 months. Upon release the defendant is placed on supervised release for a term of 3 years with special conditions. The Court further imposes a special assessment of $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Dena T. Sacco**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3304<br>*TERMINATED: 06/29/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Donald L. Cabell**<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3105<br>Fax: 617-748-3951<br>Email: donald.cabell@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**B. Stephanie Siegmann**<br>U.S. Attorney's Office<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3191<br>Fax: 617-748-3664<br>Email: Stephanie.Siegmann@usdoj.gov<br><br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2004 | 1 | SEALED INDICTMENT as to Andrew Lewis (1) count(s) 1. (Gawlik, Cathy) (Entered: 10/13/2004) |
| 10/13/2004 | 2 | MOTION to Seal as to Andrew Lewis by USA. (Gawlik, Cathy) (Entered: 10/13/2004) |
| 10/13/2004 | | Judge Robert B. Collings : ORDER entered granting 2 Motion to Seal as |

| | | |
|---|---|---|
| | | to Andrew Lewis (1) (Gawlik, Cathy) (Entered: 10/13/2004) |
| 10/13/2004 | | Arrest Warrant Issued as to Andrew Lewis. (Gawlik, Cathy) (Entered: 10/13/2004) |
| 10/13/2004 | 3 | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Andrew Lewis (Gawlik, Cathy) (Entered: 10/13/2004) |
| 10/14/2004 | 5 | MOTION to Unseal Case as to Andrew Lewis by USA. (Smith3, Dianne) (Entered: 10/18/2004) |
| 10/14/2004 | | Judge Judith G. Dein : Endosement on motion ORDER entered granting 5 Motion to Unseal Case as to Andrew Lewis (1) (Smith3, Dianne) (Entered: 10/18/2004) |
| 10/14/2004 | | Attorney update in case as to Andrew Lewis. Attorney Timothy G. Watkins for Andrew Lewis added. (Quinn, Thomas) (Entered: 10/28/2004) |
| 10/14/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Andrew Lewis held on 10/14/2004; AUSA Sacco and Attorney Watkins for the dft.; Dft. files CJA 23 and requests counsel; USMJ Dein appoints the Federal Defender; Govt. moves for detention and continuance; Detention and Arraignment set for 10/18/04 @ 12:00pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 10/28/2004) |
| 10/18/2004 | | SEALED MOTION as to Andrew Lewis . (Smith3, Dianne) (Entered: 10/18/2004) |
| 10/18/2004 | 6 | Arrest Warrant Returned Executed on 10/14/04. as to Andrew Lewis. (Stanhope, Don) (Entered: 10/19/2004) |
| 10/18/2004 | | Judge Judith G. Dein : Electronic ORDER entered regarding [] Sealed Motion as to Andrew Lewis (1). The Motion is granted in part and denied in part in accordance with ruling made from the bench during argument. (Dambrosio, Jolyne) (Entered: 10/19/2004) |
| 10/18/2004 | 7 | Judge Judith G. Dein : ORDER entered INITIAL SCHEDULING ORDER as to Andrew Lewis. Status Conference set for 11/29/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 10/19/2004) |
| 10/18/2004 | 8 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Andrew Lewis. Time excluded from 10/18/04 until 11/15/04. (Dambrosio, Jolyne) (Entered: 10/19/2004) |
| 10/18/2004 | 9 | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Andrew Lewis (1) Count 1 held on 10/18/2004. The Court informs the defendants of the charges. The defendant pleads not guilty to the charges. Bond Hearing as to Andrew Lewis held on 10/18/2004. The Court releases the defendant on conditions. Initial Status Conference set for 11/29/2004 02:30 PM in Courtroom 15 before |

| | | |
|---|---|---|
| | | Magistrate Judge Judith G. Dein. (Tape #Digital Recording.) (Brown, Rex) (Entered: 10/21/2004) |
| 10/18/2004 | 10 | EXHIBIT/WITNESS LIST as to Andrew Lewis (Brown, Rex) (Entered: 10/21/2004) |
| 10/18/2004 | 11 | Personal Recognizance Bond Entered as to Andrew Lewis (Brown, Rex) (Entered: 10/21/2004) |
| 10/18/2004 | 12 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release as to Andrew Lewis (1) Personal Recognizance Bond with Conditions (Brown, Rex) (Entered: 10/21/2004) |
| 10/19/2004 | | Notice of correction to docket made by Court staff. Correction: Motion that was document #4 dated 10/18/04 corrected because: It was a sealed motion. Document no longer has a #. as to Andrew Lewis (Smith3, Dianne) (Entered: 10/19/2004) |
| 11/29/2004 | 13 | JOINT Statement pursuant to Local Rule 116.5(A) as to Andrew Lewis (Stanhope, Don) (Entered: 11/30/2004) |
| 11/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Andrew Lewis held on 11/29/2004; AUSA Sacco and Attorney Watkins report case status; Defendant's motions due 12/13/04, Govt. response due 1/3/05 and next status conference is set for 1/11/05 @ 2:45pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 11/30/2004) |
| 11/29/2004 | 14 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Andrew Lewis Status Conference set for 1/11/2005 02:45 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/01/2004) |
| 11/29/2004 | 15 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 11/15/04 until 1/11/05. (Quinn, Thomas) (Entered: 12/01/2004) |
| 12/22/2004 | 16 | Assented to MOTION for Leave to File *Motion for Discovery Late* as to Andrew Lewis. (Watkins, Timothy) Additional attachment(s) added on 12/23/2004 (Stanhope, Don). (Entered: 12/22/2004) |
| 12/23/2004 | 17 | MOTION to Modify Conditions of Release as to Andrew Lewis. (Watkins, Timothy) (Entered: 12/23/2004) |
| 12/28/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 16 Defendant's Assented To Motion for Leave to File Discovery Motion Late. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Dambrosio, Jolyne) (Entered: 12/29/2004) |
| 12/28/2004 | | Judge Judith G. Dein : Electronic ORDER entered denying as moot 17 Motion to Modify Conditions of Release as to Andrew Lewis (1) (Quinn, Thomas) (Entered: 12/29/2004) |

| | | |
|---|---|---|
| 01/03/2005 | 19 | Opposition by USA as to Andrew Lewis to 18 Defendant's MOTION for Production of Discovery (Stanhope, Don) (Entered: 01/05/2005) |
| 01/04/2005 | 18 | MOTION for Production of Discovery as to Andrew Lewis. (Stanhope, Don) (Entered: 01/04/2005) |
| 01/11/2005 | 20 | MOTION to Modify Conditions of Release as to Andrew Lewis. (Watkins, Timothy) (Entered: 01/11/2005) |
| 01/11/2005 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Andrew Lewis held on 1/11/2005; AUSA Sacco and Attorney Watkins report case status; next status conference is set for 2/15/05 @ 10:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/11/2005) |
| 01/11/2005 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Motion Hearing as to Andrew Lewis held on 1/11/2005 re 18 MOTION for Discovery filed by Andrew Lewis,; AUSA Sacco and Attorney Watkins; USMJ Dein hears arguments from counsel and allows motion; Discovery sought will be produced and Dft's expert will be subject to protective order. Govt. seeks stay to appeal order. USMJ Dein allows stay and will issue written order. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/11/2005) |
| 01/11/2005 | 21 | Judge Judith G. Dein : ElectronicORDER entered. STATUS REPORT as to Andrew Lewis Status Conference set for 2/15/2005 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/12/2005) |
| 01/11/2005 | 22 | Judge Judith G. Dein : ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 1/11/05 until 2/15/05. (Quinn, Thomas) (Entered: 01/12/2005) |
| 01/11/2005 | 23 | Judge Judith G. Dein : ElectronicORDER entered granting 18 Motion for Discovery as to Andrew Lewis (1) (Quinn, Thomas) (Entered: 01/12/2005) |
| 01/11/2005 | 24 | Judge Judith G. Dein : ElectronicProtective ORDER entered. as to Andrew Lewis (Quinn, Thomas) (Entered: 01/12/2005) |
| 01/18/2005 | 25 | MOTION for Review of Magistrate Judge's January 11, 2005 Order Granting Defendant's Motion for Production of Discovery. as to Andrew Lewisby USA. (Stanhope, Don) (Entered: 01/19/2005) |
| 01/19/2005 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Motion Hearing as to Andrew Lewis held on 1/19/2005 re 20 MOTION to Modify Conditions of Release filed by Andrew Lewis,; AUSA Sacco and Attorney Watkins make arguments on the motion and USMJ Dein grants motion with pretrial services to approve specific job search efforts and job placement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/19/2005) |
| 01/19/2005 | | Judge Judith G. Dein : ElectronicORDER entered granting 20 Motion to Modify Conditions of Release as to Andrew Lewis (1) Pretrial services to |

| | | |
|---|---|---|
| | | approve specific job search efforts and job placement. (Quinn, Thomas) (Entered: 01/19/2005) |
| 02/14/2005 | 26 | Joint MOTION to Continue *Interim Status Conference* as to Andrew Lewis. (Watkins, Timothy) (Entered: 02/14/2005) |
| 02/14/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 26 Motion to Continue as to Andrew Lewis (1). The Interim Status Conference is continued to 3/28/05 at 10:15AM. (Dambrosio, Jolyne) (Entered: 02/14/2005) |
| 02/14/2005 | 27 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis. Time excluded from 2/15/05 until 3/28/05. (Dambrosio, Jolyne) (Entered: 02/14/2005) |
| 03/14/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting in part and denying in part 25 Motion for review of magistrate judge's order granting production of certain computer evidence. The protective order issued by the magistrate judge on January 11, 2005 is hereby modified. Section 2 of that order is hereby stricken. In its place the following is inserted. "Counsel for the defendant shall retain custody of the computer evidence at all times. The computer evidence may be accessed and examined by Devin Hosea and members of his staff only at the offices of defendant's counsel. The computer evidence may not be copied." In all other respects the protective order of January 11, 2005 shall remain in full force and effect (Lindsay, Reginald) (Entered: 03/14/2005) |
| 03/30/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Andrew Lewis held on 3/30/2005; AUSA Sacco and Attorney Watkins report current case status; Next conference is set for 4/26/05 @ 10:45am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/30/2005) |
| 03/30/2005 | 28 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Andrew Lewis Status Conference set for 4/26/2005 10:45 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 03/31/2005) |
| 03/30/2005 | 29 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 3/28/05 until 4/26/05. (Quinn, Thomas) (Entered: 03/31/2005) |
| 04/25/2005 | 30 | Assented to MOTION to Continue *Status Conference* as to Andrew Lewis. (Watkins, Timothy) (Entered: 04/25/2005) |
| 04/26/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 30 Motion to Continue as to Andrew Lewis (1) (Quinn, Thomas) (Entered: 04/27/2005) |
| 04/26/2005 | 31 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 4/26/05 until 5/23/05. (Quinn, Thomas) (Entered: 04/27/2005) |
| 05/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. |

| | | |
|---|---|---|
| | | Dein :Status Conference as to Andrew Lewis held on 5/23/2005; AUSA Sacco and Attorney Watkin report case status and seek further conference for 6/13/05 @ 10:30am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/23/2005) |
| 05/23/2005 | 32 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Andrew Lewis Status Conference set for 6/13/2005 10:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/23/2005) |
| 05/23/2005 | 33 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 5/23/05 until 6/13/05. (Quinn, Thomas) (Entered: 05/24/2005) |
| 06/10/2005 | 34 | Assented to MOTION to Continue *Status Conference* as to Andrew Lewis. (Watkins, Timothy) (Entered: 06/10/2005) |
| 06/10/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 34 Motion to Continue as to Andrew Lewis (1); conference is reset for 6/29/05 @ 10:30am. (Quinn, Thomas) (Entered: 06/10/2005) |
| 06/10/2005 | 35 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 6/13/05 until 6/29/05. (Quinn, Thomas) (Entered: 06/13/2005) |
| 06/28/2005 | 36 | NOTICE *of Appearance* by USA as to Andrew Lewis (Cabell, Donald) (Entered: 06/28/2005) |
| 06/29/2005 | | Attorney update in case as to Andrew Lewis. Attorney Donald L. Cabell for USA added. (Hourihan, Lisa) (Entered: 06/29/2005) |
| 06/29/2005 | 37 | NOTICE of Withdrawal of Appearance in case as to Andrew Lewis. Attorney Dena T. Sacco terminated. (Sacco, Dena) (Entered: 06/29/2005) |
| 06/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Andrew Lewis held on 6/29/2005; AUSA Cabel and Attorney Watkins report discovery is complete; USMJ Dein sets 8/1/05 for defendant's motion to supress; USMJ Dein will issue report and return file to district court. (Court Reporter None.) (Quinn, Thomas) (Entered: 06/29/2005) |
| 06/29/2005 | 38 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Andrew Lewis (Quinn, Thomas) (Entered: 06/29/2005) |
| 06/29/2005 | 39 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 6/29/05 until 8/1/05. (Quinn, Thomas) (Entered: 06/29/2005) |
| 08/02/2005 | | NOTICE OF HEARING as to Andrew Lewis Pretrial Conference set for 8/23/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 08/02/2005) |
| 08/23/2005 | 40 | STATUS REPORT by Andrew Lewis (Watkins, Timothy) (Entered: 08/23/2005) |

| | | |
|---|---|---|
| 08/23/2005 | 41 | Assented to MOTION to Modify Conditions of Release as to Andrew Lewis. (Watkins, Timothy) (Entered: 08/23/2005) |
| 08/23/2005 | 42 | Assented to MOTION to Modify Conditions of Release *and Proposed Order* as to Andrew Lewis. (Attachments: # 1 Text of Proposed Order)(Watkins, Timothy) (Entered: 08/23/2005) |
| 08/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Andrew Lewis held on 8/23/2005. Court approves of the briefing schedule relating to the filing of a motion to suppress. Motion to be filed by 9/6/05. Government to file response by 9/26/05. Hearing set for 11/2/05 at 9:00AM. All time excluded from 8/23/05 - 11/2/05. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 08/24/2005) |
| 08/23/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 41 Motion to Modify Conditions of Release as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 08/24/2005) |
| 08/23/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered. ORDER ON EXCLUDABLE DELAY as to Andrew Lewis Time excluded from 8/23/05 until 11/2/05. (Hourihan, Lisa) (Entered: 08/24/2005) |
| 08/24/2005 | | Set/Reset Deadlines re Motion in case as to Andrew Lewis Suppression Hearing set for 11/2/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 08/24/2005) |
| 08/24/2005 | 43 | Judge Reginald C. Lindsay : ORDER entered. as to Andrew Lewis (York, Steve) (Entered: 08/25/2005) |
| 09/19/2005 | 44 | MOTION to Suppress *Statements And Physical Evidence* as to Andrew Lewis. (Watkins, Timothy) (Entered: 09/19/2005) |
| 09/19/2005 | 45 | MEMORANDUM in Support by Andrew Lewis re 44 MOTION to Suppress *Statements And Physical Evidence* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Watkins, Timothy) (Entered: 09/19/2005) |
| 09/19/2005 | 46 | AFFIDAVIT in Support by Andrew Lewis re 44 MOTION to Suppress *Statements And Physical Evidence* (Watkins, Timothy) (Entered: 09/19/2005) |
| 09/19/2005 | 47 | MOTION for Leave to File *Memorandum in Support of Motion to Suppress in Excess of Twenty Pages* as to Andrew Lewis. (Watkins, Timothy) (Entered: 09/19/2005) |
| 09/19/2005 | 48 | Assented to MOTION for Leave to File *Motion to Suppress Late* as to Andrew Lewis. (Watkins, Timothy) (Entered: 09/19/2005) |
| 09/20/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 48 Motion for Leave to File Motion to Suppress Late as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 09/20/2005) |
| 09/22/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 47 Motion for Leave to File memo in excess of 20 pages as to Andrew |

| | | |
|---|---|---|
| | | Lewis (1) (Hourihan, Lisa) (Entered: 09/22/2005) |
| 10/21/2005 | 49 | Assented to MOTION for Leave to File *opposition to motion to suppress* as to Andrew Lewisby USA. (Attachments: # 1 # 2)(Cabell, Donald) (Entered: 10/21/2005) |
| 10/24/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 49 motion for leave to file opposition to motion to suppress as to Andrew Lewis. (Lindsay, Reginald) (Entered: 10/24/2005) |
| 10/25/2005 | 50 | Government's Opposition by USA as to Andrew Lewis re 44 Defendant MOTION to Suppress *Statements And Physical Evidence* (Attachments: # 1 Exhibit)(York, Steve) (Entered: 10/25/2005) |
| 10/26/2005 | | Set/Reset Deadlines re Motion in case as to Andrew Lewis 44 MOTION to Suppress *Statements And Physical Evidence*. Motion Hearing set for 11/2/2005 11:30 AM in Courtroom 11 before Judge Reginald C. Lindsay. (NOTE TIME CHANGE ONLY) (Hourihan, Lisa) (Entered: 10/26/2005) |
| 10/28/2005 | 51 | Assented to MOTION to Continue *Evidentiary Hearing* as to Andrew Lewis. (Watkins, Timothy) (Entered: 10/28/2005) |
| 10/31/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 51 Motion to Continue Suppression Hearing as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 10/31/2005) |
| 10/31/2005 | | Set/Reset Deadlines re Motion in case as to Andrew Lewis 44 MOTION to Suppress *Statements And Physical Evidence*. Motion Hearing reset for 12/1/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/31/2005) |
| 11/15/2005 | | ELECTRONIC NOTICE OF HEARING as to Andrew Lewis Status Conference set for 11/28/2005 10:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 11/15/2005) |
| 11/28/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Status Conference as to Andrew Lewis held on 11/28/2005. Suppression hearing set for 12/1/05 at 9:00AM. Estimate one morning. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 11/28/2005) |
| 12/01/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Motion Hearing as to Andrew Lewis held on 12/1/2005 re 44 MOTION to Suppress *Statements And Physical Evidence* filed by Andrew Lewis. Government's evidence begins with the examination of Randall Becker; cross-examination; re-direct; re-cross. Examination of Khela Vazquez; cross-examination; re-direct; re-cross. Court adjourned until 12/5/05. Motion Hearing set for 12/5/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 12/01/2005) |
| 12/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Motion Hearing Day Two as to Andrew Lewis held on 12/5/2005 re 44 MOTION to Suppress *Statements And Physical Evidence* filed by Andrew Lewis. Government's evidence continues with the |

| | | |
|---|---|---|
| | | examination of Michael Pan; cross-examination. Examination of Glen van Neil; crross-examination; re-direct; re-cross. Court adjourned until 12/6/05 at 11AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 12/07/2005) |
| 12/06/2005 | | Clerk's Notes for proceedings held before Judge Reginald C. Lindsay: Motion Hearing as to Andrew Lewis held on 12/6/2005 re 44 MOTION to Suppress Statements And Physical Evidence filed by Andrew Lewis. Court heard argument on motion from the government and defendant. Court adjourned until 12/7/05. Motion Hearing set for 12/7/2005 09:00 AM in Courtroom 10 before Judge Reginald C. Lindsay. (Court Reporter D. Joyce.) (RCL, law3) (Entered: 12/06/2005) |
| 12/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Motion Hearing as to Andrew Lewis held on 12/7/2005 re 44 MOTION to Suppress *Statements And Physical Evidence* filed by Andrew Lewis. For reasons stated on the record, motion DENIED. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 12/07/2005) |
| 12/07/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 44 Motion to Suppress as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 12/07/2005) |
| 12/07/2005 | | ELECTRONIC NOTICE OF HEARING as to Andrew Lewis Pretrial Conference set for 1/10/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 12/07/2005) |
| 01/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Andrew Lewis held on 1/10/2006. Trial estimate 4 days. Jury trial set for 4/24/06. Pretrial Order to issue. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/11/2006) |
| 01/11/2006 | 52 | Judge Reginald C. Lindsay : ORDER entered. PRETRIAL ORDER as to Andrew Lewis Time excluded from 1/10/06 until 4/24/06. Jury Trial set for 4/24/2006 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. Pretrial Conference set for 4/21/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 01/11/2006) |
| 02/03/2006 | 53 | TRANSCRIPT of Motion to Suppress Hearing Day One as to Andrew Lewis held on December 1, 2005 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/03/2006) |
| 02/03/2006 | 54 | TRANSCRIPT of Motion to Suppress Hearing Day Three as to Andrew Lewis held on December 6, 2005 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) Modified on 2/3/2006 (Scalfani, Deborah). (Entered: 02/03/2006) |

| | | |
|---|---|---|
| 02/03/2006 | ●55 | TRANSCRIPT of Motion to Suppress Hearing Day Four as to Andrew Lewis held on December 7, 2005 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/03/2006) |
| 02/03/2006 | ●56 | TRANSCRIPT of Motion to Suppress Hearing Day Two as to Andrew Lewis held on December 5, 2005 before Judge Lindsay. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/03/2006) |
| 04/05/2006 | ●57 | NOTICE OF ATTORNEY APPEARANCE B. Stephanie Siegmann appearing for USA. (Siegmann, B.) (Entered: 04/05/2006) |
| 04/06/2006 | ● | NOTICE OF RESCHEDULING as to Andrew Lewis Pretrial Conference reset to 4/20/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/06/2006) |
| 04/10/2006 | ●58 | Joint MOTION for Extension of Time to File *listings in paragraph five of pretrial order* as to Andrew Lewisby Andrew Lewis, USA. (Cabell, Donald) (Entered: 04/10/2006) |
| 04/12/2006 | ●59 | MOTION in Limine as to Andrew Lewisby USA. (Cabell, Donald) (Entered: 04/12/2006) |
| 04/12/2006 | ●60 | TRIAL BRIEF by USA as to Andrew Lewis (Cabell, Donald) (Entered: 04/12/2006) |
| 04/12/2006 | ●61 | Proposed Voir Dire by USA as to Andrew Lewis (Cabell, Donald) (Entered: 04/12/2006) |
| 04/12/2006 | ●62 | Proposed Jury Instructions by USA as to Andrew Lewis (Cabell, Donald) (Entered: 04/12/2006) |
| 04/12/2006 | ●63 | Proposed Voir Dire by Andrew Lewis (Watkins, Timothy) (Entered: 04/12/2006) |
| 04/17/2006 | ●64 | EXHIBIT/WITNESS LIST by USA as to Andrew Lewis (Cabell, Donald) (Entered: 04/17/2006) |
| 04/17/2006 | ●65 | EXHIBIT/WITNESS LIST by USA as to Andrew Lewis (Cabell, Donald) (Entered: 04/17/2006) |
| 04/17/2006 | ●66 | MEMORANDUM in Opposition by Andrew Lewis re 59 MOTION in Limine (Watkins, Timothy) (Entered: 04/17/2006) |
| 04/17/2006 | ●67 | MOTION in Limine *to Admit Admission of Party-Opponent* as to Andrew Lewis. (Watkins, Timothy) (Entered: 04/17/2006) |
| 04/18/2006 | ●68 | MOTION in Limine *Re: Expert Witness Celeste Wilson* as to Andrew Lewis. (Watkins, Timothy) (Entered: 04/18/2006) |

| | | |
|---|---|---|
| 04/19/2006 | 69 | Opposition by USA as to Andrew Lewis re 68 MOTION in Limine *Re: Expert Witness Celeste Wilson* (Siegmann, B.) (Entered: 04/19/2006) |
| 04/19/2006 | 70 | Proposed Jury Instructions by Andrew Lewis (Watkins, Timothy) (Entered: 04/19/2006) |
| 04/20/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Andrew Lewis held on 4/20/2006. Trial estimate 4-6 days. Court confers with counsel re: jury empanelment. Arguments on the pending motions in limine. Jury trial set for 4/24/06. (Court Reporter V. O'Hara.) (Hourihan, Lisa) (Entered: 04/24/2006) |
| 04/23/2006 | 71 | MEMORANDUM in Support by Andrew Lewis re 67 MOTION in Limine *to Admit Admission of Party-Opponent* (Watkins, Timothy) (Entered: 04/23/2006) |
| 04/24/2006 | 72 | MEMORANDUM in Opposition by USA as to Andrew Lewis re 67 MOTION in Limine *to Admit Admission of Party-Opponent* (Cabell, Donald) (Entered: 04/24/2006) |
| 04/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay : Jury Trial Day One.Jury Selection as to Andrew Lewis held on 4/24/2006, Voir Dire begun on 4/24/2006 Andrew Lewis (1) on Count 1, Voir Dire held on 4/24/2006 as to Andrew Lewis. Court adjourned until 4/25/06 at 9:30AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 04/25/2006) |
| 04/25/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day Two as to Andrew Lewis held on 4/25/2006. Hearing out of the presence of the jury on preliminary matters. Jury sworn. Preliminary instructions given to the jury. Government's opening statement. Defendant's opening statement. Government's evidence begins with the examination of Glenn Van Neil; cross-examination. Examination of Scott Grace. Court adjourned until 4/26/06 at 9:30AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 04/25/2006) |
| 04/26/2006 | 73 | Assented to MOTION to Amend *Indictment* as to Andrew Lewisby USA. (Cabell, Donald) (Entered: 04/26/2006) |
| 04/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day 3 as to Andrew Lewis held on 4/26/2006. Government's evidence continues with the examination of Scott Grace; cross-examination; re-direct; re-cross. Examination of Khla Vasquez; cross-examination. Court adjourned until 4/27/06 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 04/26/2006) |
| 04/27/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day 4 as to Andrew Lewis held on 4/27/2006. Government's evidence continues with the examination of Celste Wilson. Government rests. Defendant's evidence begins with the reading of a stipulation. Defendant rests. Defendant moves for Judgment of Acquittal. Court reserved ruling. Jury excused. Charge conference held. Court adjourned until 4/28/06 at 9:00AM. (Court Reporter D. Joyce.) |

| | | |
|---|---|---|
| | | (Hourihan, Lisa) (Entered: 04/27/2006) |
| 04/27/2006 | 74 | Proposed Jury Instructions by Andrew Lewis (Watkins, Timothy) (Entered: 04/27/2006) |
| 04/27/2006 | 75 | MOTION for Judgment of Acquittal as to Andrew Lewis. (York, Steve) (Entered: 05/01/2006) |
| 04/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day 5 as to Andrew Lewis held on 4/28/2006. Trial does not go forward due to the defendants illness. Jury excused and Court adjourned until 5/1/06 at 9:00AM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 05/01/2006) |
| 05/01/2006 | 76 | Government's Opposition to Defendant's Andrew Lewis re 75 MOTION for Acquittal (York, Steve) (Entered: 05/01/2006) |
| 05/01/2006 | 77 | MOTION to Revoke *Detention Order and for Release Pending Sentencing* as to Andrew Lewis. (Watkins, Timothy) (Entered: 05/01/2006) |
| 05/01/2006 | | Judge Reginald C. Lindsay : Electronic Procedural ORDER on defendant Andrew Lewis' emergency motion for release pending sentencing. The court will hold a hearing on this motion on Thursday, May 4, 2006 at 10:00 a.m. in Courtroom 11. If the government wishes to file an opposition to the motion, it should do so by 5 p.m. Wednesday, May 3, 2006. (RCL, law1) (Entered: 05/01/2006) |
| 05/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Jury Trial Day 6 as to Andrew Lewis held on 5/1/2006. Juror #6 Allyson Shear excused as a sitting juror. Alternate #1 Scott Fuller replaced as sitting juror. Government's closing argument. Defendant's closing argument. Government's rebuttal. Court charges the jury. Jury retires to deliberate at 11:45AM. Jury has lunch at 1PM. Jury returns with a question at 2PM. Court confers with counsel and question answered for the jury. Jury returns with a verdict of guilty at 3:30PM. Defendant remanded to the custody of the US Marshal. Sentencing set for 10/2/06 at 2PM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 05/03/2006) |
| 05/03/2006 | 78 | Judge Reginald C. Lindsay : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Andrew Lewis Sentencing set for 10/2/2006 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/03/2006) |
| 05/04/2006 | | Exhibits returned to counsel for the government (Hourihan, Lisa) (Entered: 05/04/2006) |
| 05/04/2006 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Motion Hearing as to Andrew Lewis held on 5/4/2006 re 77 MOTION to Revoke *Detention Order and for Release Pending Sentencing* filed by Andrew Lewis. Arguments. Court allows motion and defendant is released on conditions. Counsel to file a proposed order of conditions of release. (Court Reporter D. Joyce.) (Hourihan, Lisa) |

| | | |
|---|---|---|
| | | (Entered: 05/04/2006) |
| 05/04/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 77 Motion to Revoke Order of Detention as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 05/04/2006) |
| 05/04/2006 | 🔵 79 | JURY VERDICT as to Andrew Lewis (1) Guilty on Count 1. (York, Steve) (Entered: 05/04/2006) |
| 05/04/2006 | 🔵 80 | MOTION to Modify Conditions of Release as to Andrew Lewis. (Attachments: # 1 Text of Proposed Order)(Watkins, Timothy) (Entered: 05/04/2006) |
| 05/04/2006 | 🔵 81 | Judge Reginald C. Lindsay : ORDER entered. ORDER Setting Conditions of Release as to Andrew Lewis (1) Personal Recognizance Bond with Conditions as to Andrew Lewis. (York, Steve) (Entered: 05/04/2006) |
| 05/04/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 80 Motion to Modify Conditions of Release as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 05/24/2006) |
| 05/24/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered denying 75 Motion for Acquittal as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 05/24/2006) |
| 09/06/2006 | 🔵 82 | MOTION to Continue *sentencing* as to Andrew Lewis by USA. (Cabell, Donald) (Entered: 09/06/2006) |
| 09/13/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 82 Motion to Continue as to Andrew Lewis (1) Sentencing reset for 11/29/2006 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 09/13/2006) |
| 11/09/2006 | 🔵 83 | Assented to MOTION to Modify Conditions of Release as to Andrew Lewis. (Watkins, Timothy) (Entered: 11/09/2006) |
| 11/16/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 83 Motion to Modify Conditions of Release as to Andrew Lewis (1) (Hourihan, Lisa) (Entered: 11/16/2006) |
| 11/17/2006 | 🔵 84 | Assented to MOTION to Continue *sentencing* as to Andrew Lewis by USA. (Cabell, Donald) (Entered: 11/17/2006) |
| 11/20/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 84 Motion to Continue as to Andrew Lewis (1) Sentencing reset for 12/28/2006 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 11/20/2006) |
| 12/15/2006 | 🔵 85 | Assented to MOTION to Continue *Sentencing* as to Andrew Lewis by USA. (Cabell, Donald) (Entered: 12/15/2006) |
| 12/18/2006 | 🔵 | Judge Reginald C. Lindsay : Electronic ORDER entered granting 85 Motion to Continue as to Andrew Lewis (1) Sentencing reset for 1/29/2007 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. |

| | | |
|---|---|---|
| | | (Hourihan, Lisa) (Entered: 12/18/2006) |
| 01/29/2007 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 1/29/2007 for Andrew Lewis (1), Count(s) 1. Donald Cabell for the Government. Timothy Watkins for the defendant. The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 60 months. Upon release the defendant is placed on supervised release for a term of 3 years with special conditions. The Court further imposes a special assessment of $100. The defendant allowed to self-report on 3/1/07 at 2PM. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 01/30/2007) |
| 02/06/2007 | 86 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT as to Andrew Lewis (1), Count(s) 1, The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 60 months. Upon release the defendant is placed on supervised release for a term of 3 years with special conditions. The Court further imposes a special assessment of $100 (Hourihan, Lisa) (Entered: 02/07/2007) |
| 02/28/2007 | 87 | MOTION for Extension of Time to March 2, 2007 to File Notice of Appeal as to Andrew Lewis. (Watkins, Timothy) (Entered: 02/28/2007) |
| 03/02/2007 | 88 | AFFIDAVIT in Support by Andrew Lewis re 87 MOTION for Extension of Time to March 2, 2007 to File Notice of Appeal (Watkins, Timothy) (Entered: 03/02/2007) |
| 03/07/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 87 Motion for Extension of Time to File Notice of Appeal as to Andrew Lewis. This motion is granted pursuant to Fed. R. App. P. 4(b)(4)upon the explicit finding that the failure of the defendant to file a timely notice of appeal was due to excusable neglect. The period within which the defendant must file his notice of appeal is extended to March 19, 2007. (Lindsay, Reginald) (Entered: 03/07/2007) |
| 03/07/2007 | 89 | NOTICE OF APPEAL by Andrew Lewis NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/27/2007. (Watkins, Timothy) (Entered: 03/07/2007) |